[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15196
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 16, 2011
JOHN LEY
CLERK

D.C. Docket No. 3:10-cv-00042-CDL

ADOLFUS O'BRIEN GILES,

Plaintiff-Appellant,

versus

WAL-MART STORES EAST, LP,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 16, 2011)

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Adolfus Giles appeals pro se the dismissal with prejudice of his complaint

of employment discrimination against Wal-Mart Stores East, L.P.   The district

court ruled that Giles's complaint is barred by res judicata. Giles filed, in the same court, the same complaint against the same defendant a year earlier, and we affirmed the dismissal of that complaint. <u>Giles v. Wal-Mart Distribution Ctr.</u>, No. 09-14223 (11th Cir. Dec. 28, 2009). Giles's second complaint is clearly barred by res judicata. We affirm.

**AFFIRMED.**